**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Deborah S. Hunt                POTTER STEWART U.S. COURTHOUSE              Tel. (513) 564-7000
Clerk                          CINCINNATI, OHIO 45202-3988               www.ca6.uscourts.gov

Filed:  July 05, 2022

Ms. Beth M. Rivers
Pitt, McGehee, Palmer & Rivers
117 W. Fourth Street
Suite 200
Royal Oak, MI 48067

Mr. Zak Toomey
Office of the U.S. Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226

     Re:  Case No. 22-1590*, Daniel Allen, et al v. USA*
          Originating Case No. : 1:21-cv-10449

Dear Counsel,

     This appeal has been docketed as case number **22-1590** with the caption that is enclosed on a
separate page.  The appellate case number and caption must appear on all filings submitted to the
Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the
district court immediately.

     Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth
Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and
registered with this court as an ECF filer, you should do so immediately.  Your password for
district court filings will not work in the appellate ECF system.

     At this stage of the appeal, the following forms should be downloaded from the web site and
filed with the Clerk's office by **July 19, 2022**.   Additionally, the transcript order must be
completed by that date.  For further information and instructions on ordering transcript
electronically, please visit the court's website.

          Appellant:    Appearance of Counsel
                        Civil Appeal Statement of Parties & Issues

Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 22-1590**

DANIEL ALLEN; CATHLEEN ALLEN

      Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

      Defendant - Appellee